389 A.2d 178

Commonwealth v. Reed, Appellant.

Submitted December 6, 1976. Ronald J. Brockington, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.